JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. WHITE, <br><br>             Plaintiff, <br>      v. <br>WHITE, et al., <br><br>             Defendants. | No. CV 14-2383-PA (AS) <br><br> **ORDER RE VOLUNTARY DISMISSAL** |

On April 17, 2015, the Court received Plaintiff's "Motion to Dismiss[] This Case Without Prejudice." The Court construes this motion as a notice of voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Rule 41(a) permits a Plaintiff to dismiss an action voluntarily, without court order, by filing a notice of dismissal at any time before service by an adverse party of an answer or a motion for summary judgment. No defendant has filed any answer or motion for summary judgment in this action. Therefore, under Rule 41(a)(1), the action is deemed dismissed by operation of law. See Commercial Space Management Co. v. Boeing Co., 193 F.3d 1074, 1078 (9th Cir. 1999) ("it is beyond debate that a dismissal under Rule 41(a)(1) is effective on filing, no court order is

1

required, the parties are left as though no action has been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it"). This dismissal is without prejudice. <u>See</u> Fed. R. Civ. P. 41(a).

IT IS SO ORDERED.

Dated: April 22, 2015

_____
PERCY ANDERSON
United States District Judge

**JS-6**

Presented by:


_____/s/_____
ALKA SAGAR
United States Magistrate Judge